UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL CURTIS, Duly Appointed
Personal Representative for the Estate
of Michael Contrell Adams, deceased,

    Plaintiffs,                                  CASE NO. :  21-12342

v.                                          HON. SHALINA KUMAR

CITY OF DETROIT, a municipality
CHIEF JAMES WHITE, POLICE OFFICER
JEJUAN JETTER AND POLICE OFFICER
EUGENE FIELDER,
in their individual and official capacities,
Jointly and Severally,

    Defendants.

_____/

| | |
|---|---|
| **DAVID A. ROBINSON (P38754)**<br>**BRANDON MCNEAL (P81300)**<br>ROBINSON & ASSOCIATES, P.C.<br>Attorneys for Plaintiff<br>28145 Greenfield Rd., Suite 100<br>Southfield, MI 48076<br>(248) 423-7234<br>davidrobinsonlaw@gmail.com<br>mcnealbr@gmail.com | **CRYSTAL B. OLMSTEAD (P69202)**<br>CITY OF DETROIT LAW DEPART<br>Attorneys for Defendant City of Detroit<br>2Woodward Avenue, 5th Floor<br>Detroit, MI 48266<br>(313) 237-5035 Direct<br>(313) 237-3078 (Sec Linda Rucker)<br>olmsteadc@detroitmi.gv<br>ruckerli@detroitl.gov |

**THOMAS E. KUHN (P37924)**
Co-Counsel for Plaintiff
645 Griswold Street, Ste. 1900
Detroit, MI 48226
313.963.522; fax 313.963.9061
tekuhn@aol.com

_____/

**STIPULATED ORDER APPOINTING GAL**

As appears by the signatures below and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Attorney Albert Stanton is appointed Guardian Ad Litem for the benefit of the minor members of the wrongful death class which include OS, NS, TC, KC1 and KC2.

**IT IS SO ORDERED.**

Date: January 11, 2024

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge

Approved as to form

/s/David A. Robinson
**DAVID A. ROBINSON (P38754)**
**BRANDON MCNEAL (P81300)**
ROBINSON & ASSOCIATES, P.C.
Attorneys for Plaintiff
28145 Greenfield Rd., Suite 100
Southfield, MI 48076
(248) 423-7234
davidrobinsonlaw@gmail.com
mcnealbr@gmail.com

/s/Crystal Olmstead *(w/permission)*
**CRYSTAL B. OLMSTEAD (P69202)**
CITY OF DETROIT LAW DEPART
Attorneys for Defendant City of Detroit
2Woodward Avenue, 5th Floor
Detroit, MI 48266
(313) 237-5035 Direct
(313) 237-3078 (Sec Linda Rucker)
olmsteadc@detroitmi.gov
ruckerli@detroitl.gov