**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CRYSTAL CURTIS, Duly Appointed
Personal Representative for the Estate
of Michael Contrell Adams, deceased,

Plaintiffs,
v.

CASE NO. : 21-12342
HON. Shalina D. Kumar

CITY OF DETROIT, a municipality
CHIEF JAMES WHITE, POLICE OFFICER
JEJUAN JETTER AND POLICE OFFICER
EUGENE FIELDER,
in their individual and official capacities,
Jointly and Severally,

Defendants.
______________________________________________/

**DAVID A. ROBINSON (P38754)**
**BRANDON MCNEAL (P81300)**
ROBINSON & ASSOCIATES, P.C.
Attorneys for Plaintiff
28145 Greenfield Rd., Suite 100
Southfield, MI 48076
(248) 423-7234
davidrobinsonlaw@gmail.com
mcnealbr@gmail.com

**CRYSTAL B. OLMSTEAD (P69202)**
CITY OF DETROIT LAW DEPART
Attorneys for Defendant City of Detroit
2Woodward Avenue, 5th Floor
Detroit, MI 48266
(313) 237-5035 Direct
(313) 237-3078 (Sec Linda Rucker)
olmsteadc@detroitmi.gov
ruckerli@detroitl.gov

**THOMAS E. KUHN (P37924)**
Co-Counsel for Plaintiff
1595 Pebble Point Drive
Troy, MI 48085
313.963.522; fax 313.963.9061
tekuhn@aol.com
______________________________________________/

# NOTICE OF HEARING

TO: All Counsel of Record

PLEASE TAKE NOTICE that Plaintiff's Plaintiffs' Motion for Authority to Settle Wrongful Death Claim and Distribute Proceeds and Brief in Support shall be brought on for hearing before the Honorable Shalina Kumar in her courtroom, located at Federal Court Building, Flint, MI, on and at a date and time to be set by the Court.

Respectfully submitted

__/s/ David A. Robinson____
David A. Robinson (P38754)
THOMAS E. KUHN (P37924)
Attorneys for Plaintiff

Dated: January 24, 2024

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CRYSTAL CURTIS, Duly Appointed
Personal Representative for the Estate
of Michael Contrell Adams, deceased,

Plaintiffs,

v.

CASE NO. : 21-12342
HON. Shalina D. Kumar

CITY OF DETROIT, a municipality
CHIEF JAMES WHITE, POLICE OFFICER
JEJUAN JETTER AND POLICE OFFICER
EUGENE FIELDER,
in their individual and official capacities,
Jointly and Severally,

Defendants.

_______________________________________________________________/

**DAVID A. ROBINSON (P38754)**
**BRANDON MCNEAL (P81300)**
ROBINSON & ASSOCIATES, P.C.
Attorneys for Plaintiff
28145 Greenfield Rd., Suite 100
Southfield, MI 48076
(248) 423-7234
davidrobinsonlaw@gmail.com
mcnealbr@gmail.com

**CRYSTAL B. OLMSTEAD (P69202)**
CITY OF DETROIT LAW DEPART
Attorneys for Defendant City of Detroit
2Woodward Avenue, 5th Floor
Detroit, MI 48266
(313) 237-5035 Direct
(313) 237-3078 (Sec Linda Rucker)
olmsteadc@detroitmi.gov
ruckerli@detroitl.gov

**THOMAS E. KUHN (P37924)**
Co-Counsel for Plaintiff
1595 Pebble Point Drive
Troy, MI 48085
313.963.522; fax 313.963.9061
tekuhn@aol.com

_______________________________________________________________/

**PLAINTIFFS' MOTION FOR AUTHORITY**

**TO SETTLE WRONGFUL DEATH CLAIM AND DISTRIBUTE PROCEEDSAND BRIEF IN SUPPORT**

Plaintiffs, pursuant to MSA, Sec. 27A.2922; MCL, Sec. 600.2922, moves the court to enter its order approving a proposed settlement based upon the following grounds:

1. Plaintiff is the Personal Representative of the Estate of Michael Contrell Adams who died, without suffering any conscious pain, August 9, 2021. All funeral and burial expenses have been paid.

2. On or about October 13, 2021, Plaintiff, Crystal Curtis filed a cause of action on behalf the Estate for Constitutional violations and Wrongful Death against the Defendants.

3. The Estate of Michael Contrell Adams, through his Personal Representative, Crystal Curtis, and Defendants have now negotiated a proposed settlement, which involves Defendants' payment of $2,500,000.00 to the Estate, in exchange for a stipulated order dismissing the above action with prejudice against Defendants.

4. Plaintiff for the Estate and her attorneys believe that the proposed settlement is fair, reasonable, and in the best interest of the Estate of Michael Contrell Adams.

5. Plaintiff retained David A. Robinson and Associates, P.C., to prosecute the above action and agreed to compensate said attorney on a contingent fee basis and to reimburse said attorney for all costs advanced. Costs advanced to date in the prosecution of this action total $47,038.63, and attorney fees calculated on the proposed settlement total $817,653.58. Plaintiff believes that said costs and fees are reasonable and were necessary for the prosecution of this action.

All costs owing to Plaintiff's counsel are advanced pursuant to and governed by MCR and MRPC. All costs advanced by Plaintiff's counsel are to be paid first from any proceeds by way of settlement or judgment.

6. At the time of Michael Contrell Adams' death the parties interested in his estate as heirs at law and wrongful death class members were and are as follows:

a) Crystal Curtis, mother;
b) Christopher Adams, brother 18 years old;
c) OS, minor brother 15 years old;
d) NS, minor sister 14 years old;
e) TC, minor brother 11 years old;
f) KC1, minor sister 8 years old;
g) KC2, minor sister 8 years old

8. The Personal Representative of the estate proposes the settlement proceeds under MCLA 600.2922 be allocated to the wrongful death class as follows:

a) Crystal Curtis, mother; $1,315,307.58

b) Christopher Adams, brother 18 years old; $70,000.00

c) OS, brother 15 years old; $50,000.00

d) NS, sister 14 years old; $50,000.00

e) TC, brother 11 years old; $50,000.00

f) KC, sister 8 years old; $50,000.00

g) KC, sister 8 years old, $50,000.00

9. The parties have engaged the services of Hathaway Settlements to structure by way of a qualified assignment through New York Life Insurance an Annuity Company either all money going to the minor class members and a portion of the settlement money going to Crystal Curtis and Christopher Adams.

10. Attached as Exhibit A is the payout prospective which spells out the terms of the annuities payment and any up front cash for each class members.

WHEREFORE, Plaintiff requests that the court enter its order as follows:

(a) Approving the proposed settlement;

(b) Authorizing distribution of the net settlement proceeds as described in this motion;

(c) Authorizing Plaintiff to compensate their attorney, David A. Robinson, in the amount of **$817,653.79** and to reimburse advanced costs in the amount of **$47,038.63**;

(d) Authorizing Plaintiff to sign all documents necessary to effectuate the settlement, including a stipulated order of dismissal and a release agreement and the Qualified Assignment documents and the Release for the Defendant City of Detroit with respect to the future structure payments.

I declare under the penalties of perjury that this petition has been examined by me and that its contents are true to the best of my information, knowledge and belief.

## BRIEF IN SUPPORT

Plaintiff's' counsel relies on MSA, Sec. 27A.2922; MCL, Sec. 600.2922, MCL, Sec 700.2103 and the discretion of this Honorable Court.

WHEREFORE, Plaintiff requests that the court enter its order as follows:

(a) Approving the proposed settlement;

(b) Authorizing distribution of the net settlement proceeds as described in this motion;

(c) Authorizing Plaintiff to sign all documents necessary to effectuate the settlement, including a stipulated order of dismissal and a release agreement and the Qualified Assignment documents and the Release for the Defendant City of Detroit with respect to the future structure payments.

.

Respectfully submitted,

**ROBINSON & ASSOCIATES, P.C.**

s/David A. Robinson
ROBINSON & ASSOCIATES, P.C.
Attorneys for Plaintiff
28145 Greenfield Road, Suite 100
Southfield, Michigan 48076
(248) 423-7234
attyrobinson@davidarobinsonlaw.com

Dated: January 24, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2024, I filed Notice of Hearing, Plaintiffs' Motion for Authority to Settle Claim, and Distribute Proceeds and Brief in Support, together with this Certificate of Service with the Clerk of the Court to **all attorneys of record** through ECF filing.

____/s/ Cheryl Watson_________
Cheryl Watson